IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-31334 |
| WILLIAM LEWIS BENNETT | § | (Chapter 7) |

**MOTION FOR RELIEF FROM THE STAY [AND CO-DEBTOR STAY, IF APPLICABLE] REGARDING EXEMPT PROPERTY**

THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF YOU OBJECT TO THE GRANTING OF RELIEF FROM THE AUTOMATIC STAY, YOU SHOULD CONTACT THE MOVANT IMMEDIATELY TO TRY TO REACH AN AGREEMENT. IF YOU CANNOT REACH AN AGREEMENT, YOU MUST FILE A WRITTEN RESPONSE AND SEND A COPY TO MOVANT **NOT LATER THAN AUGUST 26, 2022** AND YOU MUST ATTEND THE HEARING.

THE COPY SENT TO THE MOVANT MUST BE DELIVERED BY HAND OR ELECTRONIC DELIVERY IF IT IS SENT LESS THAN 7 DAYS PRIOR TO THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE HEARING MAY BE AN EVIDENTIARY HEARING AND THE COURT MAY GRANT OR DENY RELIEF FROM THE STAY BASED ON THE EVIDENCE PRESENTED AT THIS HEARING. IF A TIMELY OBJECTION IS FILED, THE COURT WILL CONDUCT A HEARING ON THIS MOTION ON SEPTEMBER 12, 2022 AT 1:30 PM IN COURTROOM 402 WHICH IS LOCATED AT 515 RUSK AVENUE, HOUSTON, TX 77002.

1. This motion requests an order from the Bankruptcy Court authorizing the person filing this motion to foreclose on or to repossess the property that is identified in paragraph 3.

2. Movant: ___Performance Finance___

3. Movant, directly or as agent for the holder, holds a security interest in 2020 Polaris Slingshot SL VIN # #57XAAPHD3L8136749.

4. Movant has reviewed the schedules filed in this case. The property described in paragraph 3 is claimed as exempt by the debtor. Movant does not contest the claimed exemption.

5. Type of collateral (e.g., Home, Manufactured Home, Car, Truck, Motorcycle): __MOTORCYCLE__

6. Debtor's scheduled value of property: $____.

7. Movant's estimated value of property: $26,499.00___.

8. Total amount owed to movant: $21,471.72___.

9. Estimated equity (paragraph 7 minus paragraph 8): $5,027.28___.

10. Total pre and post-petition arrearages: $1,968.95___.

11. Total post-petition arrearages: $787.58___.

12. Amount of unpaid, past due property taxes, if applicable: $_____.

13. Expiration date on insurance policy, if applicable: _____.

14. __XX__ Movant seeks relief based on the debtor(s)' failure to make payments. Debtor(s)' payment history is attached as exhibit "A." Movant represents that the attached payment history is a current payment history reflecting all payments, advances, charges and credits from the beginning of the loan. Movant further represents that the payment history is self explanatory or can be interpreted by application of coding information that is also attached. Movant acknowledges that the Court may prohibit the use of parol evidence to interpret a payment history that does not satisfy these representations.

15. __XX____. Movant seeks relief based on the debtor(s)' failure to provide a certificate of insurance reflecting insurance coverage as required under the debtor's pre-petition contracts.

16. If applicable: Name of Co-Debtor: _____.

17. Based on the foregoing, movant seeks termination of the automatic stay [and the co-debtor stay, if applicable] to allow movant to foreclose or repossess the debtor(s)' property and seeks to recover its costs and attorneys' fees in an amount not to exceed the amount listed in paragraph 9.

18. Movant certifies that prior to filing this motion an attempt was made to confer with the Debtor(s)' counsel (or with Debtor(s), if *pro se*) either by telephone, by e-mail or by facsimile, by the following person on the following date and time: June 22, 2022 at 1:59 a.m. An agreement could not be reached. If requested by debtor or debtor's counsel, a payment history in the form attached to this motion was provided at least two days, excluding intermediate weekends and holidays, before this motion was filed.

Date: __8-12-22__         /s/ Patrick M. Lynch_____
                          Movant's counsel signature
                          Name: __Patrick M. Lynch_____
                          State Bar No.: __Bar ID #24065655_____
                          S.D. Tex. Bar No.: _____
                          Address: 2001 Bryan St., Suite 1800
                                   Dallas, TX 75201
                          Telephone: (214) 880-1864
                          Fax: (214) 871-2111
                          E-mail: plynch@qslwm.com

### Certificate of Service and Certificate of Compliance with BLR 4001

A copy of this motion was served on the persons shown below on August 11, 2022 by prepaid United States first class mail or ECF. Movant certifies that movant has complied with Bankruptcy Local Rule 4001.

*Via CM/ECF to Counsel for Debtor(s)*:
Lawrence D. Tackett
85 North Villa Oaks Drive
The Woodlands, TX 77382
lawtackett@aol.com

*Via US Mail to Debtor:*
William Lewis Bennett
14311 Blenheim Palace Court
Houston, TX 77095

*Via CM/ECF to Chapter 7 Trustee*:
Ronald J. Sommers
Nathan Sommers Jacobs
61st Floor
Houston, TX 77056
rsommers@nathansommers.com

*Via CM/ECF to US Trustee*:
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002
USTPRegion07.HU.ECF@USDOJ.GOV

Via US Mail
Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

/s/ Patrick M. Lynch_____
Movant's Counsel