IN THE UNITED STATED BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-31334 |
| **WILLIAM LEWIS BENNETT,** | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 7 |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY**
(This Order Resolves Docket # _22___)

PERFORMANCE FINANCE ("Movant") filed a motion for Relief from the Automatic Stay against: **2020 POLARIS SLINGSHOT SL VIN #57XAAPHD3L8136749**

_____   Although a response opposing the motion was filed, the respondent did not appear at the hearing. Therefore, the response is overruled for want of prosecution and the motion is granted.

_____   The debtor filed a response that the debtor was not opposed to the requested relief and no other party opposed the requested relief.

_____   The debtor filed a response that the debtor was unable to admit or deny the allegations, the debtor failed to appear at the hearing, and no other party opposed the requested relief.

_____   After hearing, and for the reasons stated on the record, relief from the stay is granted.

__X_____   No timely response was filed. Accordingly, the motion is granted by default.

_____   As shown by Debtor(s)' counsel signature below, Debtor(s) have agreed to the requested relief.

Accordingly, it is ordered that Movant is granted relief from the automatic stay [and the co-debtor stay] to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

Additional rulings:

_____   Movant is awarded attorneys fees in the amount of $_____.

_____   The stay imposed by Bankruptcy Rule 4001(a)(3) does not apply for the reasons stated on the record.

SIGNED September 8, 202

_____
Eduardo Rodriguez
United States Bankruptcy Judge