UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 22-31334 |
| | § | |
| WILLIAM LEWIS BENNETT | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>05/17/2022</u>. The undersigned trustee was appointed on <u>05/17/2022</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                 $6,238.14

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $65.26 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $6,172.88 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 09/19/2022 and the deadline for filing government claims was 11/15/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,373.81. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,373.81, for a total compensation of $1,373.81[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/09/2023                         By:  /s/ Ronald J. Sommers
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit A

| Case No.: | 22-31334-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | BENNETT, WILLIAM LEWIS | Date Filed (f) or Converted (c): | 05/17/2022 (f) |
| | | §341(a) Meeting Date: | 06/15/2022 |
| For the Period Ending: | 2/9/2023 | Claims Bar Date: | 09/19/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 14311 Blenheim Palace Court Houston TX 77095-0000 | $530,000.00 | $0.00 | | $0.00 | FA |
| 2 | Make: Mercedes Model: S560 Year: 2022 | $130,000.00 | $0.00 | | $0.00 | FA |
| 3 | Make: Range Rover Model: 525 Autobiographer Year: 2020 Mileage: 15,000 | $129,000.00 | $0.00 | | $0.00 | FA |
| 4 | Make: Mazerati Model: Levante S Year: 2017 Mileage: 63,000 | $56,000.00 | $0.00 | | $0.00 | FA |
| 5 | Make: Astin Martin Model: Vantage Coupe Year: 2021 Mileage: 6,000.00 Other Information: Lease Contract | $140,000.00 | $0.00 | | $0.00 | FA |
| 6 | Appliances, Kitchenware, 1 dinette set, 4 sofas, 3 chairs, 1 coffee table, 3 end tables, 2 sofa tables, 3 TV stands, 20 pictures, 3 sculptures, 4 Rugs, patio furniture, 1 grill, 1 refrigerator, 4 bedroom sets, 1 desk, 1 office chair, 8 deer antlers; | $4,000.00 | $0.00 | | $0.00 | FA |
| 7 | 4 TVs, 1 DVD, 2 Surround Sound, 1 Nintendo, 1 X Box, 3 pcs, 1 printer, 3 cell phones, 2 ipads, | $1,500.00 | $0.00 | | $0.00 | FA |
| 8 | 3 bicycles, 1 treadmill, 1 soloplex, 3 baseball gloves, 1 bat, 10 balls, 1 helmet, 1 baseball bag, 1 set of golf clubs, 1 corn hole, Mega Jenga, 100 books, 1 pellet gun; | $300.00 | $0.00 | | $0.00 | FA |
| 9 | 2 rifles, 1 22 pistol, with ammunition | $500.00 | $0.00 | | $0.00 | FA |
| 10 | 10 suits, 5 sports coats, 20 slacks, 15 jeans, 30 tshirts, 30 polo shirts, 15 shirts, 8 sweaters, 10 coats, 10 shoes 20 dresses, 4 pantsuits, 10 blazers, 20 slacks, 20 skirts, 15 jeans, 30 tshirts, 10 blouses, 15 sweaters, 20 coats, 10 shoes, 4 boots, 10 purses; | $800.00 | $0.00 | | $0.00 | FA |
| 11 | 2 watches, 2 rings, 4 bracelets, cotume jewelry; | $2,000.00 | $0.00 | | $0.00 | FA |
| 12 | 1 dog, 1 cat | $20.00 | $0.00 | | $0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2  Exhibit A

| Case No.: | 22-31334-H3-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | BENNETT, WILLIAM LEWIS | Date Filed (f) or Converted (c): | 05/17/2022 (f) |
| For the Period Ending: | 2/9/2023 | §341(a) Meeting Date: | 06/15/2022 |
| | | Claims Bar Date: | 09/19/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 13 | Cash | $10.00 | $0.00 | | $0.00 | FA |
| 14 | Wells Fargo Bank Checking Business Checking account #9258 | $20.00 | $6,238.14 | | $6,238.14 | FA |
| 15 | Cy Fair FCU Checking Business Checking account # | $20.00 | $0.00 | | $0.00 | FA |
| 16 | Cy Fair FCU Savings Savings account # | $20.00 | $0.00 | | $0.00 | FA |
| 17 | Texas Exotic Sales, LLC - Husband 100% % | $0.00 | $0.00 | | $0.00 | FA |
| 18 | Antiquest By Amanda, LLC - Wife % | $0.00 | $0.00 | | $0.00 | FA |
| 19 | New York Life - | $72,000.00 | $0.00 | | $0.00 | FA |
| 20 | Hand tools, power tools, yard tools, | $100.00 | $0.00 | | $0.00 | FA |
| 21 | 2020 Polaris Slingshot (u) | $29,226.00 | $0.00 | | $0.00 | FA |
| 22 | 2020 Polaris Slingshot (u) | $21,307.00 | $0.00 | | $0.00 | FA |
| 23 | 2020 Polaria Slingshot (u) | $6,935.00 | $0.00 | | $0.00 | FA |
| 24 | 2020 Polaris Slingshit (u) | $30,277.00 | $0.00 | | $0.00 | FA |
| 25 | 2020 Polaris Slingshot (u) | $24,887.00 | $0.00 | | $0.00 | FA |
| 26 | 2020 Polaris Slingshot (u) | $21,015.00 | $0.00 | | $0.00 | FA |
| 27 | 2020 - $4,000.00 2021 - $888.00 Federal (u) | $4,888.00 | $4,888.00 | | $0.00 | $4,888.00 |

**TOTALS (Excluding unknown value)**

| | | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|---|
| | $1,204,825.00 | $11,126.14 | | $6,238.14 | $4,888.00 |

**Major Activities affecting case closing:**
02/09/2023   TFR SUBMITTED

| Initial Projected Date Of Final Report (TFR): | 05/17/2024 | Current Projected Date Of Final Report (TFR): | 12/31/2023 | /s/ RONALD J. SOMMERS |
|---|---|---|---|---|
| | | | | RONALD J. SOMMERS |

Page No: 1    Exhibit B

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 22-31334-H3-7 | | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|---|
| Case Name: | BENNETT, WILLIAM LEWIS | | | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3051 | | | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | CHK |
| For Period Beginning: | 5/17/2022 | | | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 2/9/2023 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/13/2022 | (14) | CAPITAL PREIWIUM FINANCING | Funds on Deposit | 1129-000 | $6,238.14 | | $6,238.14 |
| 07/29/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $5.84 | $6,232.30 |
| 08/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.05 | $6,222.25 |
| 09/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $10.36 | $6,211.89 |
| 10/31/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.37 | $6,202.52 |
| 11/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.68 | $6,192.84 |
| 12/30/2022 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.99 | $6,182.85 |
| 01/31/2023 | | Veritex Community Bank | Bank Service Fee | 2600-000 | | $9.97 | $6,172.88 |
| | | | **TOTALS:** | | $6,238.14 | $65.26 | $6,172.88 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,238.14 | $65.26 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,238.14 | $65.26 | |

| For the period of 5/17/2022 to 2/9/2023 | | For the entire history of the account between 07/13/2022 to 2/9/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,238.14 | Total Compensable Receipts: | $6,238.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,238.14 | Total Comp/Non Comp Receipts: | $6,238.14 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65.26 | Total Compensable Disbursements: | $65.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65.26 | Total Comp/Non Comp Disbursements: | $65.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

Page No: 2     Exhibit B

# FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 22-31334-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | BENNETT, WILLIAM LEWIS | Bank Name: | Veritex Community Bank |
| Primary Taxpayer ID #: | **-***3051 | Checking Acct #: | ******3401 |
| Co-Debtor Taxpayer ID #: | | Account Title: | CHK |
| For Period Beginning: | 5/17/2022 | Blanket bond (per case limit): | $6,311,062.50 |
| For Period Ending: | 2/9/2023 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $6,238.14 | $65.26 | $6,172.88 |

| For the period of 5/17/2022 to 2/9/2023 | | For the entire history of the case between 05/17/2022 to 2/9/2023 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,238.14 | Total Compensable Receipts: | $6,238.14 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,238.14 | Total Comp/Non Comp Receipts: | $6,238.14 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65.26 | Total Compensable Disbursements: | $65.26 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65.26 | Total Comp/Non Comp Disbursements: | $65.26 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS

# CLAIM ANALYSIS REPORT

| Case No.: | 22-31334-H3-7 | | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|---|
| Case Name: | BENNETT, WILLIAM LEWIS | | Date: | 2/9/2023 |
| Claims Bar Date: | 09/19/2022 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | RONALD J. SOMMERS 2800 POST OAK BLVD 61st Floor Houston TX 77056 | 10/25/2022 | 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | Allowed | 2100-000 | $0.00 | $1,373.81 | $1,373.81 | $0.00 | $0.00 | $0.00 | $1,373.81 |
| 1 | SAMSON MCA, LLC C/O Ariel Bouskila, Atty 80 Broad Street, Suite 3303 New York NY 10004 | 06/06/2022 | SECURED | Allowed | 4110-000 | $0.00 | $171,707.95 | $171,707.95 | $0.00 | $0.00 | $0.00 | $171,707.95 |
| **Claim Notes:** | Trustee did not administer any assets relative to this secured claim. | | | | | | | | | | | |
| 5 | PROSPERUM CAPITAL PARTNERS LLC c/o Weinstein & Riley, P.S. 2001 Western Ave., Ste. 400 Seattle WA 98121 | 07/15/2022 | SECURED | Allowed | 4110-000 | $0.00 | $97,755.00 | $97,755.00 | $0.00 | $0.00 | $0.00 | $97,755.00 |
| **Claim Notes:** | Trustee did not administer any assets relative to this secured claim. | | | | | | | | | | | |
| 8 | SHEFFIELD FINANCIAL, A DIVISION OF TRUIST BANK PO Box 1847 Wilson NC 27894-1847 | 09/09/2022 | SECURED | Allowed | 4110-000 | $0.00 | $21,470.72 | $21,470.72 | $0.00 | $0.00 | $0.00 | $21,470.72 |
| **Claim Notes:** | Trustee did not administer any assets relative to this secured claim. | | | | | | | | | | | |
| 11 | TITUS LEASING COMPANY C/O Wesley G. Lotz, Atty 4511 Yoakum Blvd., Suite 200 Houston TX 77006 | 09/19/2022 | SECURED | Allowed | 4110-000 | $0.00 | $843,000.00 | $843,000.00 | $0.00 | $0.00 | $0.00 | $843,000.00 |
| **Claim Notes:** | Trustee did not administer any assets relative to this secured claim. | | | | | | | | | | | |
| 2 | SAMSON MCA LLC Berkovitch & Bouskila, PLLC 80 Broad St. Suite 3303 New York NY 10004 | 06/07/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $171,707.95 | $171,707.95 | $0.00 | $0.00 | $0.00 | $171,707.95 |
| 3 | AMERICAN EXPRESS NATIONAL BANK C/O BECKET AND LEE LLP PO Box 3001 Malvern PA 19355-0701 | 07/13/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $95,797.15 | $95,797.15 | $0.00 | $0.00 | $0.00 | $95,797.15 |

CLAIM ANALYSIS REPORT

Page No: 2   Exhibit C

| Case No.: | 22-31334-H3-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | BENNETT, WILLIAM LEWIS | Date: | 2/9/2023 |
| Claims Bar Date: | 09/19/2022 | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | SOFI CONSUMER LOAN PROGRAM GRANTOR TRUST 2016-1 RESURGENT CAPITAL SERVICES<br>  PO Box 10587<br>  Greenville SC 29603-0587 | 07/15/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $15,466.37 | $15,466.37 | $0.00 | $0.00 | $0.00 | $15,466.37 |
| 6 | BANK OF AMERICA, N.A.<br>  PO Box 673033<br>  Dallas TX 75267-3033 | 08/04/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $34,482.35 | $34,482.35 | $0.00 | $0.00 | $0.00 | $34,482.35 |
| 7 | AMERICAN CONTRACTORS INDEMNITY COMPANY DBA TEXAS B<br>  801 S. Figueroa St. Ste 700<br>  Los Angeles CA 90017 | 08/10/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $25,000.00 | $25,000.00 | $0.00 | $0.00 | $0.00 | $25,000.00 |

**Claim Notes:** (7-1) Unliquidated/undetermined damages(7-2) Plus Unliquidated/undetermined damages

| 9 | NEXTGEAR CAPITAL, INC.<br>  11799 North College Avenue<br>  Carmel IN 46032 | 09/12/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $1,868,457.69 | $1,868,457.69 | $0.00 | $0.00 | $0.00 | $1,868,457.69 |
| 10 | SYNCHRONY BANK ATTN: BANKRUPTCY DEPARTMENT<br>  PO Box 530912<br>  Atlanta GA 30353-0912 | 09/16/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $7,010.93 | $7,010.93 | $0.00 | $0.00 | $0.00 | $7,010.93 |
| 11a | TITUS LEASING COMPANY<br>  C/O Wesley G. Lotz, Atty<br>  4511 Yoakum Blvd., Suite 200<br>  Houston TX 77006 | 09/19/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $466,887.95 | $466,887.95 | $0.00 | $0.00 | $0.00 | $466,887.95 |

**Claim Notes:** (11-1) Proof of Claim

**CLAIM ANALYSIS REPORT**

| Case No. | 22-31334-H3-7 | | | | | | | | | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BENNETT, WILLIAM LEWIS | | | | | | | | | | Date: | 2/9/2023 |
| Claims Bar Date: | 09/19/2022 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 12 | U.S. BANK NA DBA ELAN FINANCIAL SERVICES BANKRUPTCY DEPARTMENT<br>PO Box 108<br>Saint Louis MO 63166-0108 | 09/19/2022 | UNSECURED | Allowed | 7100-000 | $0.00 | $6,977.50 | $6,977.50 | $0.00 | $0.00 | $0.00 | $6,977.50 |
| **Claim Notes:** | (12-1) Credit Card 4633 | | | | | | | | | | | |
| 13 | PROSPERUM CAPITAL PARTNERS LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle WA 98121 | 09/19/2022 | UNSECURED | Withdrawn | 7100-000 | $0.00 | $97,755.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | #30 09.20.22 - WITHDRAWN | | | | | | | | | | | |
| | | | | | | $3,924,850.37 | $3,827,095.37 | $0.00 | $0.00 | $0.00 | | $3,827,095.37 |

| Case No. | 22-31334-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | BENNETT, WILLIAM LEWIS | Date: | 2/9/2023 |
| Claims Bar Date: | 09/19/2022 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| 507(a) 1 -- 503(b) ADMINISTRATIVE -- TRUSTEE COMPENSATION | $1,373.81 | $1,373.81 | $0.00 | $0.00 | $0.00 | $1,373.81 |
| SECURED | $1,133,933.67 | $1,133,933.67 | $0.00 | $0.00 | $0.00 | $1,133,933.67 |
| UNSECURED | $2,789,542.89 | $2,691,787.89 | $0.00 | $0.00 | $0.00 | $2,691,787.89 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     22-31334
Case Name:    WILLIAM LEWIS BENNETT
Trustee Name: Ronald J. Sommers

Balance on hand:    $6,172.88

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Samson MCA, LLC | $171,707.95 | $171,707.95 | $0.00 | $0.00 |
| 5 | Prosperum Capital Partners LLC | $97,755.00 | $97,755.00 | $0.00 | $0.00 |
| 8 | Sheffield Financial, a division of Truist Bank | $21,470.72 | $21,470.72 | $0.00 | $0.00 |
| 11 | Titus Leasing Company | $843,000.00 | $843,000.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $6,172.88

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Ronald J. Sommers, Trustee Fees | $1,373.81 | $0.00 | $1,373.81 |

Total to be paid for chapter 7 administrative expenses:    $1,373.81
Remaining balance:    $4,799.07

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $4,799.07

UST Form 101-7-TFR (5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $4,799.07 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,691,787.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Samson MCA LLC | $171,707.95 | $0.00 | $306.14 |
| 3 | American Express National Bank c/o Becket and Lee LLP | $95,797.15 | $0.00 | $170.79 |
| 4 | Sofi Consumer Loan Program Grantor Trust 2016-1 Resurgent Capital Services | $15,466.37 | $0.00 | $27.57 |
| 6 | Bank of America, N.A. | $34,482.35 | $0.00 | $61.48 |
| 7 | American Contractors Indemnity Company dba Texas B | $25,000.00 | $0.00 | $44.57 |
| 9 | NextGear Capital, Inc. | $1,868,457.69 | $0.00 | $3,331.19 |
| 10 | Synchrony Bank Attn: Bankruptcy Department | $7,010.93 | $0.00 | $12.50 |
| 11a | Titus Leasing Company | $466,887.95 | $0.00 | $832.39 |
| 12 | U.S. Bank NA dba Elan Financial Services Bankruptcy Department | $6,977.50 | $0.00 | $12.44 |

|  | Total to be paid to timely general unsecured claims: | $4,799.07 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-TFR (5/1/2011)

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |